Harry Blinderman, Respondent, v. Louis Kahn and Others, Appellants.— Order enjoining defendants from disposing of stock holdings affirmed, with ten dollars costs and disbursements. We interpret the agreement to have been entered into for the mutual benefit and protection of all the stockholders, and that the right of enforcement of the terms thereof is an individual and not a corporate right. It may be that the facts developed upon the trial will establish the defenses urged upon appeal, but as to that we express no opinion at this time. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

Loretta Caruthers, Appellant, v. Bankers Trust Company, as Executor, etc., of John H. Flagler, Deceased, Respondent.— Order granting defendant's motion for judgment, pursuant to Civil Practice Rules 106 and 107,* and dismissing complaint, and judgment entered thereon reversed on the law, with costs to the appellant to abide the event, and defendant's motion for judgment denied, without costs. We are of opinion that the order of discontinuance was conditional and not absolute. The conditions of the order were accepted by the defendant by not moving to modify the order and by not appealing therefrom, and by accepting the costs, as imposed by the discontinuance. Without the granting of leave to begin another action, it may be said that plaintiff would not have acquiesced in the order and would have permitted a dismissal of her action. A dismissal of the complaint, under section 23 of the Civil Practice Act, would have enabled her to sue again within the time therein provided. Rich, Young and Kapper, JJ., concur; Kelly, P. J., and Manning, J., dissent.

Mary Purcell Clausen, Respondent, v. Ridgewood Packing Company, Inc., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

Lilburn R. Cox, Respondent, v. Reuben Cohen, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

William Dielmann, Appellant, v. Brooklyn Union Gas Company, Respondent.— Judgment reversed upon the law, and new trial granted, with costs to abide the event. We think the trial court erred in instructing the jury that plaintiff could not recover if he stepped back suddenly into the moving truck. Whether this action on his part constituted contributory negligence was, we think, under the peculiar circumstances disclosed by the record, a question for the jury. Kelly, P. J., Rich, Young and Kapper, JJ., concur; Manning, J., taking no part.

Duff & Sons, Inc., Respondent, v. V. & N. Lantern Company, Appellant.— Judgment and order denying motion for new trial on the minutes, unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

* Rules Civ. Prac., rules 106, 107.— [Rep.